NO. 07-01-0320-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 28, 2001

_____

DESA WELLS,

Appellant

v.

BRETON MILL APARTMENTS

Appellee

_____

FROM THE COUNTY COURT AT LAW NO. 4 OF HARRIS COUNTY;

NO. 749,853; HON. CYNTHIA CROWE, PRESIDING

_____

Before BOYD, C.J., QUINN and REAVIS, JJ.

Desa Wells (appellant) attempted to perfect an appeal to this Court on June 28, 2001. By letter dated August 14, 2001, we informed her that the filing fee of $125.00 required to perfect this appeal was outstanding and that the failure to pay same by August 24, 2001 would result in the dismissal of the cause. To date, no such filing fee has been received from Wells. Due to that circumstance, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3 (c).

Per Curiam

Do not publish.